

**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JESSICA T. COHEN**
*Assistant Corporation Counsel*
jecohen@law.nyc.gov
(212) 788-1895
(212) 788-9776 (fax)

July 29, 2008

**BY HAND DELIVERY**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-08

Re:    Ciardiello v. City of New York, et al.,
       08 CV 3580 (VM)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York. Pursuant to Your Honor's Individual Rules of Practice, enclosed please find a courtesy copy of defendant's Answer that was served and filed today via ECF.

In addition, without appearing on his behalf, I write to respectfully request an additional thirty days on behalf of defendant Antonio Fernandez to answer or otherwise respond to plaintiff's complaint. As Your Honor is aware, by letter dated May 30, 2008, defendant City of New York requested an enlargement of time until today to respond to plaintiff's complaint. Your Honor subsequently granted that request. This office subsequently learned that defendant Fernandez may have also been served with process. However, this office has been unable to resolve representation issues with respect to defendant Fernandez. Accordingly, without appearing on his behalf, I respectfully request an additional thirty days to answer or otherwise respond to plaintiff's complaint on behalf of defendant Antonio Ferndandez. Plaintiff's counsel, Debra Cohen, Esq., consents to this request.

Thank you for your consideration herein.

Respectfully submitted,

Jessica T. Cohen (JC 0044)
Assistant Corporation Counsel

Enc.

cc:    Debra Cohen, Esq. (by first-class mail w/out enc.)
       Attorney for Plaintiff

Request GRANTED. The time for defendant(s) to
answer or otherwise move with respect to the complaint
in this action is extended to _9 - 2 - 08_
as to defendant Antonio Fernandez
SO ORDERED.

7-30-08
DATE        VICTOR MARRERO, U.S.D.J.

- 2 -